```
HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
CODY MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>CODY MILLER,<br><br>　　　　Defendant. | Case No. 6:16-mj-0071-MJS<br><br>STIPULATION AND ORDER TO VACATE THE INITIAL APPEARNCE AND SET AN INITIAL APPEARANCE CHANGE OF PLEA HEARING<br><br>Date: November 1 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Michael J. Seng |

　　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C. ALLISON attorney for defendant CODY MILLER, that the Court vacate the initial appearance set for November 1, 2016 and set an initial appearance/change of plea hearing for December 6, 2016 at 10:00 a.m.

DATED: October 4, 2016　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　HEATHER WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　　/s/Linda Allison
　　　　　　　　　　　　　　　　　　　　　　　　LINDA ALLISON
　　　　　　　　　　　　　　　　　　　　　　　　Chief Assistant to the Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　CODY MILLER

/ / /

-1-

Dated:  October 4, 2016

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Officer

### **ORDER**

It is hereby ordered that the November 1, 2016 initial appearance in Case No. 6:16-mj-0071-MJS be vacated and an initial appearance/change of plea hearing be set for December 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  October 5, 2016          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE