1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CODY MICHAEL MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00071-MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE NOVEMBER 7, 2017** |
| vs. | ) **REVIEW HEARING; ORDER** |
| CODY MICHAEL MILLER, | ) |
| Defendant. | ) |

Defendant Cody Michael Miller hereby requests that the Court vacate the November 7, 2017 review hearing. The Government is in agreement with the request.

On December 6, 2016, the Court sentenced Mr. Miller to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court ordered Mr. Miller to pay a fine of $1000.

Mr. Miller has paid the entirety of the fine and has had no new law violations. Accordingly, Mr. Miller has complied with all conditions of his probation, and he hereby requests that the November 7, 2017 review hearing be vacated.

//

//

//

|  |  |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 1, 2017 | /s/ Hope Alley<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>CODY MICHAEL MILLER |

**O R D E R**

Based on the parties' joint representation that Mr. Miller is in compliance with the conditions of his probation, the Court vacates the review hearing, in case number 6:16-mj-00071-MJS, scheduled for November 7, 2017 at 10 a.m.

IT IS SO ORDERED.

Dated:  November 5, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE